MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RONNIE L. BYRD,<br><br>　　　　Plaintiff,<br><br>　vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01619-SKO<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>**(Doc. 15)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 19, 2018 to **November 26, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel needs additional time due to a family emergency regarding her senior mother. Counsel will also be out this week for holiday leave. As a result of Counsel's leave and heavy workload, Defendant needs additional time to adequately review the transcript and properly respond to Plaintiff's Opening Brief. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but did not anticipate taking additional leave due to an unexpected family emergency.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 19, 2018
/s/ *Shanny J. Lee
(*as authorized by email on November 19, 2018)
SHANNY J. LEE
Attorney for Plaintiff

Dated: November 19, 2018
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' above "Joint Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Opening Brief" (Doc. 15), IT IS HEREBY ORDERED that Defendant shall have until November 26, 2018, to file her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **November 20, 2018**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE