# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEA BYRD, | Case No. 1:17-cv-01619-SKO |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 21) |
| Defendant | |

Based upon the parties' Stipulation for the Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA) (Doc. 21) (the "Stipulation"),

IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND FOUR HUNDRED DOLLARS ($5,400.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **April 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

-1-